U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

RECEIVED
AND FILED **MRB**

2017 OCT 5 PM 3 27

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Helen Beverly Wilson
5145 Rawhide St. apt. 133
Las Vegas, NV 89122
725-605-4519
Pro Se Debtor

## UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

| | |
|---|---|
| Helen Beverly Wilson,<br><br>            Debtor, | ) Chapter 13<br>) Case No.:17-13615-abl<br>) Chapter 13 Trustee Yarnall<br>)<br>) Debtor's Objection to Trustee's Motion to<br>) Dismiss Case Pursuant to 11 U.S.C<br>) §1307(c)(1) and (4)<br>)<br>) Date of Hearing: <u>October 19, 2017</u><br>) Time of Hearing: <u>2:00 pm</u> |

### DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. §1307(c)(1) and (4)

COMES NOW, Debtor Helen Beverly Wilson, in Proper Person, and hereby notifies all concerned that she hereby appears in this action in Proper Person and respectfully request of the Court that the Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1307 (c) and (4) be denied for the following reasons:

1. Debtor filed and requested from this Court two (2) extensions of time that were approved and granted by this Court when debtor appeared at the hearing before this Court on September 13, 2017 at 10:00 am.

2. Debtor was instructed at her hearing to reschedule her meeting of creditors and when the debtor contacted her trustee's office of Rick Yarnall she was told that she could not be

[Defendant's Name] - 1

given a new date because she did not appear at the original meeting of creditors date on August 15, 2017.

3. Debtor explained to Trustee Yarnall's office that her schedules were not filed until August 28, 2017 which is why she did not attend the meeting of creditors on August 15, 2017.

4. Debtor also explained to Trustee Yarnall's office that because she had not submitted her plan until August 28, 2017, that she did not have an amount to send in for plan payments beginning on August 3, 2017 which is why she was late in submitting her plan payments.

5. Debtor has submitted her plan payments which will make her current by this hearing date thru Trustee Yarnall's epay site.

6. No creditor has filed any proof of claims in debtor's case or objected to debtor's request for extensions of time that were granted by this Court.

7. Debtor asserts that her requests which were granted by this Court were not done to cause any unnecessary harm, delay or prejudice to any of her creditors or to abuse her automatic stay.

WHEREFORE, Debtor requests that this Court grant deny Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. §1307(c)(1) and (4) and instruct Trustee Yarnall's office to give debtor a rescheduled hearing date for the meeting of creditors so that she can properly notice all her creditors and submit to examination in the furtherance of her chapter 13 bankruptcy.

Dated this October 5, 2017

Helen Beverly Wilson
Pro Se Debtor

Helen Beverly Wilson
5145 Rawhide St. apt. 133
Las Vegas, NV 89122
725-605-4519
Pro Se Debtor

## UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

| | |
|---|---|
| Helen Beverly Wilson,<br><br>                    Debtor, | ) Chapter 13<br>) Case No.:17-13615-abl<br>) Chapter 13 Trustee Yarnall<br>)<br>) Certificate of Service of Debtor's Objection to<br>) Trustee's Motion to Dismiss Case Pursuant to<br>) 11 U.S.C §1307(c)(1) and (4)<br>)<br>) Date of Hearing: <u>October 19, 2017</u><br>) Time of Hearing: <u>2:00 pm</u> |

### <u>Certificate of Service of Debtor's Objection to Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C §1307(c)(1) and (4)</u>

COMES NOW, Debtor Helen Beverly Wilson, in Proper Person, and hereby notifies all concerned that she hereby appears in this action in Proper Person and hereby certify under penalty of perjury that a copy of Debtor's Objection to Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. §1307 (c) and (4) was mailed by me on October 5, 2017 by depositing a copy thereof in a sealed envelope, first-class postage prepaid, in the United States Mail to the attached mailing list.

    Dated this October 5, 2017

                                    _Helen Beverly Wilson_
                                    Helen Beverly Wilson
                                    Pro Se Debtor

[Defendant's Name] - 1

Label Matrix for local noticing
0978-2
Case 17-13615-abl
District of Nevada
Las Vegas
Thu Oct  5 13:00:31 PDT 2017

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303


Conservice
PO Box 4717
Logan, UT 84323-4717


One Nevada
2645 S. Mojave Rd
Las Vegas, NV 89121-1238


Snap RTO LLC
P.O. Box 26561
Salt Lake City, UT 84126-0561


HELEN BEVERLY WILSON
5145 RAWHIDE ST., APT. 133
LAS VEGAS, NV 89122-4804

ATLAS ACQUISITIONS LLC (as)
ATLAS ACQUISITIONS LLC
294 UNION ST
HACKENSACK, NJ 07601-4303


Certegy Check Service
P.O. Box 30296
Tampa, FL 33630-3296


Hacienda Heights Apts./Conam
5145 Hacienda Heights
Las Vegas, NV 89122


Principal investments Inc.
DBA Rapid Cash
3475 E Flamingo Rd
Las Vegas, NV 89121-5085


Southwest Gas
PO Box 98890
Las Vegas, NV 89193-8890


RICK A. YARNALL
701 BRIDGER AVE., #820
LAS VEGAS, NV 89101-8943

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833


Check City
6510 Boulder Highway
Suite 100
Las Vegas, NV 89122-7496


Moneytree Inc.
1690 W. Sunset Rd
Henderson, NV 89014-2652


Public Storage
4425 S. Eastern Ave.
Las Vegas, NV 89119-7826


Wells Fargo
P.O. Box 5058
Portland, OR 97208-5058


End of Label Matrix
Mailable recipients    16
Bypassed recipients     0
Total                  16